

DOCKET NO. 1726

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE MEDTRONIC, INC., IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

8:07cv105

CONDITIONAL TRANSFER ORDER (CTO-29)

On December 7, 2005, the Panel transferred 22 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 408 F.Supp.2d 1351 (J.P.M.L. 2005). Since that time, 179 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable James M. Rosenbaum.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Rosenbaum.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of December 7, 2005, and, with the consent of that court, assigned to the Honorable James M. Rosenbaum.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

APR 1 8 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## SCHEDULE CTO-29 - TAG-ALONG ACTIONS
## DOCKET NO. 1726
## IN RE MEDTRONIC, INC., IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **DISTRICT OF COLUMBIA** | |
| DC  1  07-464 | Richard Bell v. Medtronic, Inc. |
| **FLORIDA MIDDLE** | |
| FLM  8  07-456 | Forrest Riddle v. Medtronic, Inc. |
| FLM  8  07-457 | Rebecca Lacy v. Medtronic, Inc. |
| **NEBRASKA** | |
| NE  8  07-105 | Ira Anderson, et al. v. Medtronic, Inc. |
| **OKLAHOMA NORTHERN** | |
| OKN  4  07-143 | Lawrence Fell v. Medtronic, Inc. |
| **TEXAS SOUTHERN** | |
| ~~TXS  4  07-813~~ | ~~Ola Marie Malone v. Medtronic, Inc.~~  Opposed 4/17/07 |
| **TEXAS WESTERN** | |
| TXW  1  06-676 | William D. Ellard, Sr. v. Medtronic, Inc. |

## INVOLVED COUNSEL LIST (CTO-29)
## DOCKET NO. 1726
## IN RE MEDTRONIC, INC., IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

William F. Boyer
Sharp & Associates
1215 19th Street, N.W.
Washington, DC 20036

Galen Lee Brittingham
Atkinson, Haskins, et al.
525 S. Main Street
Suite 1500
Tulsa, OK 74103-4524

Oscar L. Cantu, Jr
3740 Colony Drive
Suite 170
San Antonio, TX 78230

Lori Gail Cohen
Greenberg Traurig, LLP
3290 Northside Parkway, N.W.
Suite 400, The Forum
Atlanta, GA 30327

Gary McArthur Cooper
11515 Homestead Road
Houston, TX 77016

David D. Ernst
Pansing, Hogan Law Firm
10250 Regency Circle
Suite 300
Omaha, NE 68114-3728

Brenda S. Fulmer
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Maria E. Hallas
Greenberg & Traurig, LLP
800 Connecticut Avenue
Suite 500
Washington, DC 20006

Lawrence B. Hancock
Greenberg Traurig, LLP
1000 Louisiana Street
Suite 1800
Houston, TX 77002

Anthony M. Laizure
Stipe, Harper, Laizure, Uselton, Belote, Maxcey, et al.
P.O. Box 701110
Tulsa, OK 74170-0110

Donald M. Lewis
Halleland, Lewis, Nilan & Johnson, P.A.
600 U.S. Bank Plaza South Tower
220 South Sixth Street
Minneapolis, MN 55402-4501

Richard A. Lockridge
Lockridge Grindal Nauen, PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

John S. Rainey
Greenberg & Traurig, LLP
1000 Louisiana
Suite 1800
Houston, TX 77002

John F. Thomas
McGrath, North Law Firm
First National Tower
Suite 3700
1601 Dodge Street
Omaha, NE 68102

David Barnett Weinstein
Greenberg Traurig, P.A.
625 E. Twiggs St.
Suite 100
Tampa, FL 33602

## INVOLVED JUDGES LIST (CTO-29)
## DOCKET NO. 1726
## IN RE MEDTRONIC, INC., IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

Hon. Colleen Kollar-Kotelly
U.S. District Judge
6939 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Hon. James S. Moody, Jr.
U.S. District Judge
13A Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Laurie Smith Camp
U.S. District Judge
3210 Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. Gregory K. Frizzell
U.S. District Judge
411 Page Belcher Federal Building & United States Courthouse
333 West Fourth Street
Tulsa, OK 74103-3819

~~Hon. Nancy F. Atlas~~
~~U.S. District Judge~~
~~9015 Bob Casey U.S. Courthouse~~
~~515 Rusk Street~~
~~Houston, TX 77002~~

Hon. Sam Sparks
U.S. District Judge
100 U.S. Courthouse
200 West Eighth Street
Austin, TX 78701

# INVOLVED CLERKS LIST (CTO-29)
## DOCKET NO. 1726
## IN RE MEDTRONIC, INC., IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

Nancy Mayer-Whittington, Clerk
1834 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Denise Lucks, Clerk
1152 Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102-1322

Philip B. Lombardi, Clerk
411 Page Belcher Federal Bldg. & U.S. Courthouse
333 W. 4th Street
Tulsa, OK 74103-3819

~~Michael N. Milby, Clerk~~
~~United States District Court~~
~~P.O. Box 61010~~
~~Houston, TX 77208-1010~~

William G. Putnicki, Clerk
U.S. Courthouse
200 West 8th Street
Austin, TX 78701